# Thomas J. Gaffney

Attorney & Counselor at Law
80 West Huron
Buffalo, New York 14202-2408
(716) 852-1102



1109526
# 7518.27
3/18/11

March 18, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

Re: BUILDERS CAPITAL & SERVICES, INC.       /Case # 01-13929
Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

__X__ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), and/or the checks have been returned and not cashed

_____ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant  Ronald S. Cohen       Amount $ 7,518.27     Claim Register #    28

THOMAS J. GAFFNEY
Trustee

FILED
MAR 18 2011
BANKRUPTCY COURT
BUFFALO, N.Y.

11091526
$4219.68
3/18/11

# Thomas J. Gaffney

Attorney & Counselor at Law
80 West Huron
Buffalo, New York 14202-2408
(716) 852-1102

March 18, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

    Re:   BUILDERS CAPITAL & SERVICES, INC.   /Case # 01-13929
           Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    __X__   I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), and/or the checks have been returned and not cashed

    _____   The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant __Maurice L. Fox__    Amount $ __4,219.68__    Claim Register # __42__

                           _____
                           THOMAS J. GAFFNEY
                           Trustee

FILED MAR 18 2011
BANKRUPTCY COURT
BUFFALO, N.Y.

11091526<br>
# 34601.39<br>
3/18/11

# Thomas J. Gaffney
Attorney & Counselor at Law
80 West Huron
Buffalo, New York 14202-2408
(716) 852-1102

March 18, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

Re:  BUILDERS CAPITAL & SERVICES, INC.      /Case # 01-13929
     Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

__X__  I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), and/or the checks have been returned and not cashed

_____  The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant  Dorothy N. Strigl        Amount $   34,601.39  Claim Register #   46

_____
THOMAS J. GAFFNEY
Trustee



FILED
MAR 18 2011
BANKRUPTCY COURT
BUFFALO, N.Y.

# Thomas J. Gaffney
Attorney & Counselor at Law
80 West Huron
Buffalo, New York 14202-2408
(716) 852-1102

11091526
$1662.59
3/18/11

March 18, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

Re: BUILDERS CAPITAL & SERVICES, INC. /Case # 01-13929
Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

__X__ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), and/or the checks have been returned and not cashed

_____ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant  Edward Kohrn    Amount $ 1,662.59    Claim Register #    79

THOMAS J. GAFFNEY
Trustee

FILED
MAR 18 2011
BANKRUPTCY COURT
BUFFALO, N.Y.