# Thomas J. Gaffney

Attorney & Counselor at Law
80 West Huron
Buffalo, New York 14202-2408
(716) 852-1102

1109/526
$1406.56
3/18/11

March 18, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

    Re:    BUILDERS CAPITAL & SERVICES, INC.    /Case # 01-13929
           Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $.  I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    __X__    I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), and/or the checks have been returned and not cashed

    _____    The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

    Claimant __Kathy Birzon Kule__    Amount $ __1,406.56__    Claim Register # __86__

    _____
    THOMAS J. GAFFNEY
    Trustee

FILED MAR 18 2011 BANKRUPTCY COURT BUFFALO, N.Y.

# Thomas J. Gaffney

*# 11091526*
*# 5836.29*
*3/18/11*

Attorney & Counselor at Law
80 West Huron
Buffalo, New York 14202-2408
(716) 852-1102

March 18, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

    Re:   <u>BUILDERS CAPITAL & SERVICES, INC.</u>   /Case # <u>01-13929</u>
           Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    __X__   I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), and/or the checks have been returned and not cashed

    _____   The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

    Claimant <u>Gladys Debs Broude Truste</u>   Amount $ <u>5,836.29</u>   Claim Register #    <u>114</u>

                                                   THOMAS J. GAFFNEY
                                                   Trustee



FILED MAR 18 2011 BANKRUPTCY COURT BUFFALO, N.Y.