

# Thomas J. Gaffney
Attorney & Counselor at Law
80 West Huron
Buffalo, New York 14202-2408
(716) 852-1102

March 18, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

    Re:    BUILDERS CAPITAL & SERVICES, INC.    /Case # 01-13929
           Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    __X__ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), and/or the checks have been returned and not cashed

    _____ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

    Claimant __Maureen E. Linsky__    Amount $ __379.53__    Claim Register # __61__

                                                          THOMAS J. GAFFNEY
                                                          Trustee

FILED MAR 21 2011 BANKRUPTCY COURT BUFFALO, N.Y.