# Thomas J. Gaffney

Attorney & Counselor at Law
80 West Huron
Buffalo, New York 14202-2408
(716) 852-1102

March 18, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York  14202

Re:   BUILDERS CAPITAL & SERVICES, INC._____/Case # 01-13929_____
Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $.  I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

___X___   I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), and/or the checks have been returned and not cashed

_____   The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant  Florence Schultz_____      Amount $ 4088.97_____   Claim Register # _____98

THOMAS J. GAFFNEY
Trustee

