# Thomas J. Gaffney

Attorney & Counselor at Law
80 West Huron
Buffalo, New York 14202-2408
(716) 852-1102

March 18, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York  14202

     Re:   <u>BUILDERS CAPITAL & SERVICES, INC.</u>   /Case # <u>01-13929</u>
              Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

     Enclosed please find my Trustee's check in the amount of $.  I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

     <u>  X  </u>  I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), and/or the checks have been returned and not cashed

     <u>     </u>  The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant <u>Swimkins Synch Swimmers</u>    Amount $<u>999.74</u>    Claim Register #   <u>115</u>



THOMAS J. GAFFNEY
Trustee

F I L E D

MAR 2 1 2011

BANKRUPTCY COURT
BUFFALO, N.Y.