# RONALD S. COHEN

**Attorney at Law (Ret)**
5678 Royal Lake Cir.
Boynton Beach, FL 33437
Phone (561) 638-4476
Fax (561) 638-4476
Rsc5678@gmail.com

April 13, 2011

United States Bankruptcy Court
Western District of New York
Olympic Towers- Suite 250
300 Pearl Street
Buffalo, NY 14202

Attn: Paul R. Warren, Clerk of Court
Re: Builders Capital & Services, Inc.     Case # 01-1329B   01-13929

Dear Mr. Warren:

The undersigned was one of the petitioning creditors in the above matter. I filed a claim which was approved and to be paid, in the sum of $7,518.27

My address at the time of the filing, was 145 Shire, East Amherst, NY 14051. In 2007, I moved to Florida, at the above address. I advised the Court of my new address, in writing, dated November 28, 2007. Attached is a copy of that correspondence.

Subsequent to my notification, Bankruptcy Court sent notices and all correspondence to me here in Florida. Attached is a copy of the address mailing address page from the Court, with the Trustees Summary of Final Report, etc. dated November 3, 2010.

I have never received the payment of my claim, although other claimants that I have contact with have received theirs.

On further investigation, it appears that your office sent my payment to my prior address in East Amherst, NY. It was not forwarded to me either by the Post Office or your office. The funds appear to be held as "Unclaimed Funds". I would appreciate it if you could advise as to the procedure and forms required to obtain these monies, from wherever they are presently held.

Very truly yours,

Ronald S. Cohen

RSC:r

FILED
APR 18 2011
BANKRUPTCY COURT
BUFFALO, N.Y.

## RONALD S. COHEN
ATTORNEY AT LAW
(Ret)MEMBER OF N.Y. AND FLA. BARS

5678 Royal Lake Circle
BOYNTON BEACH, FL 33437

Tel (561) 638-4476
Fax(561) 638-4476 (call 1st)

**e-mail: RSC145@bellsouth.net**

November 28, 2007

US Bankruptcy Court
Western District of New York
Olympic Towers
300 Pearl Street- Suite 250
Buffalo, NY 14202

Attn: Clerk of The Court

Re: **Builders Capital & Services, Inc
    Case # 01-13929B    Chapter 7**

Dear Mr. Warren:

Please change/amend my address for any and all notices mailings

Old Address:   145 Shire North, East Amherst, NY 14051

**New Address:   5678 Royal Lake Cir.
               Boynton Beach, FL 33437**

Thank you for your attention.

Very truly yours,

Ronald S. Cohen

RSC:r



RECEIVED
APR 1 8 2011
BANKRUPTCY COURT
BUFFALO, NY

FRI-40807 0209-1 pdfattch 01-13929
Western District of New York
U.S. Bankruptcy Court
Olympic Towers, Suite 250
300 Pearl Street
Buffalo, NY 14202

010849 10849 2 AT 0.479 33437 3 8 6623-1-11092

Ronald S. Cohen
5678 Royal Lake Cir,
Boynton Beach, FL 33437-5615





RECEIVED APR 18 2011 BANKRUPTCY COURT BUFFALO, NY