

# Thomas J. Gaffney

Attorney & Counselor at Law
80 West Huron
Buffalo, New York 14202-2408
(716) 852-1102

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

MAY 2 2011

Re: **BUILDERS CAPITAL & SERVICES, INC.** /Case # 01-13929
Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's checks totaling $40,730.78. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

__X__ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), or

____ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| Claimant | Amount | Claim Register # |
|---|---|---|
| R. Kent Hanson | $13,811.31 | 20 |
| Hallie R. Schiff | $538.94 | 25 |
| Avrum Esan | $1,736.83 | 83-2 |
| Morton Korn | $3,436.95 | 97 |
| David Esan | $288.50 | 104 |
| Elaine Esan | $2,659.36 | 105 |
| Eitan Esan | $1,378.09 | 106 |
| Jesse Esan | $1,198.28 | 107 |
| Hannah Esan | $788.78 | 108 |
| Esther Esan | $14,893.74 | 127 |

Thomas J. Gaffney, Trustee