UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK



In Re:

Builders Capital & Services, Inc.         Case No. 01-13929B
                                          Chapter 7

Debtor

## AFFIDAVIT IN SUPPORT OF CLAIM FOR UNCLAIMED FUNDS

**State of Florida:**
**County of Palm Beach:**

**RONALD S. COHEN,** being duly sworn, deposes and says:

1. That this affidavit is herewith made in the above titled Bankruptcy case, this 21st day of April 2011.

2. That deponent, RONALD S> COHEN, claimant herein, currently resides at 5678 Royal Lake, Circle, Boynton Beach, Florida, 33437 and has been a resident thereat since September 2007; and my telephone number is ▇▇▇▇-4476.

3. That attached hereto is a copy of my current, valid Florida Driver's license, not due to expire until December 2016.

4. That my Tax Identification Number/Social Security Number is ▇▇▇▇▇▇.

5. That my claim herein is for the sum of $7,518.28; that the said sum is due claimant as and for his filed and approved claim as Creditor in this matter.

6. That deponent was one of the petitioning creditors in the above Bankruptcy; that at the time the said Bankruptcy matter was filed, deponent was a member of the New York State Bar, licensed to practice his profession in the State of New York, County of Erie and the United States Court, Western District of New York.

7. That deponent is presently a retired member of of the New York State Bar and the Bar of the State of Florida.

8. That at the time of filing my claim as a creditor herein, deponent resided at 145 Shire

North, East Amherst, New York 14051.

9. That deponent moved from Erie County, New York to the State of Florida, and Notified this Court, in writing, on November 28, 2007 of his new address and telephone numbers. (See copy of Notice attached).

10. That subsequent to the notice of November 2007, deponent/claimant received various Notices, correspondence, etc from the Court addressed to him in Florida.

11. That deponent/claimant was advised that he would be receiving payment of his claim and that the amount would be $7,518.27.

12. That deponent/claimant never received a check for his claim and recently discovered that apparently his check had been sent to his old address in East Amherst, New York; that his forwarding address with the U S Post Office had expired (after 1 year) and his check was returned to the Court and remains as unclaimed funds; that he could therefore not present the same for payment at the time of original disbursement.

13. That the claimant is in fact, due the monies being requested.

14. That deponent/claimant makes this claim, and these statements, under oath and is aware the same are made Under Penalty of Perjury.

15. That Clamant remains the owner of the claim herein.

16. That attached hereto is Certificate of Service on the U.S. Attorney for the Western District of New York.

_____
Ronald S. Cohen, Claimant  FCDC.

State of Florida:
County of Palm Beach:

Sworn to before me this 21 day of April 2011

_____
Notary Public

CYNTHIA BAR-EREZ
Notary Public, State of Florida
Commission# EE 71876
My comm. expires Mar. 8, 2015

```
                             United States Bankruptcy Court
                              Western District of New York
In re:                                                              Case No. 01-13929-CLB
Builders Capital and Services, Inc.                                 Chapter 7
         Debtor                          CERTIFICATE OF NOTICE
District/off: 0209-1          User: bibbs                Page 1 of 1          Date Rcvd: May 13, 2011
                              Form ID: pdfattch          Total Noticed: 5


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2011.
db            +Builders Capital and Services, Inc.,    1 Wellington Court,    East Aurora, NY 14052-2640
aty           +Steven W. Wells,    4591 Southwestern Blvd.,    Apt. 58,    Hamburg, NY 14075-1946
aty           +Thomas M. Messana,    Ruden, McClosky, Smith et al,    200 East Broward Boulevard,
                Fort Lauderdale, FL 33301-1963
ptcrd         +Robert S. Gershberg,    435 Woodbridge Avenue,    Buffalo, NY 14214-1529
ptcrd         +Ronald S. Cohen,    5678 Royal Lake Cir;,    Boynton Beach, FL 33437-5615

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ptcrd         ##+Martin M. Rothschild,    PO Box 97,    East Amherst, NY 14051-0097
                                                                                      TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 15, 2011**                       **Signature:**    _Joseph Speetjens_